# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>vs. )<br>)<br>**RODERICK LEWIS BARNES** )<br>)<br>**Defendant.** )<br>)<br>) | Civil Action Number<br>4:17-cr-00136-AKK-SGC-1 |

## ORDER

On December 28, 2018 the Magistrate Judge filed her Report and Recommendation, recommending that the Defendant's Motion to Suppress, doc. 14, be granted in part and denied in part. Doc. 33. No objections have been filed, and the time to file such objections has now expired. Having now had the opportunity to carefully review and consider *de novo* all the materials in the record, including the Magistrate Judge's thorough and well-reasoned Report and Recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the Magistrate Judge's recommendation is **ACCEPTED**.

Accordingly, the Defendant's motion, doc. 14, is **GRANTED** as to all evidence and statements obtained on January 26, 2016 and as to all statements made at the Barnes residence on April 11, 2017. The Defendant's motion, doc. 14,

is **DENIED** as to the evidence seized at the Barnes residence on April 11, 2017 and Barnes' post-*Miranda* statements on that same date.

**DONE** the 18th day of April, 2018.

*[signature: Abdul Kallon]*

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE